**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 22, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00807-CV

_____

## JOHN WASHINGTON, KAREN CLARK, MATTHEW ROACH, KIMBERLY GATES, AND TUV RHEINLAND AIA SERVICES, LLC, Appellants

### V.

## ONECIS INSURANCE COMPANY, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2019-60173**

### MEMORANDUM OPINION

This is an interlocutory appeal from a temporary injunction signed September 18, 2019. On September 3, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain.